Nazareth GATES et al., Plaintiffs-
Appellees,

and

United States of America, Plaintiff-
Intervenor-Appellee,

v.

John COLLIER, Superintendent, Missis-
sissippi State Penitentiary, et al.,
Defendants-Appellants.

No. 73–1790.

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 1974.

A. F. Summer, Atty. Gen. of Miss.,
William A. Allain, Asst. Atty. Gen., P.
Roger Googe, Jr., Special Asst. Atty.
Gen., Jackson, Miss., for defendants-
appellants.

Roy S. Haber, Native American
Rights Fund, Boulder, Colo., Frank R.
Parker, Jackson, Miss., Edward J. Reil-
ly, New York City, for plaintiffs-appel-
lees.

Michael Davidson, Jesse H. Queen,
Thomas R. Sheran, U. S. Dept. of Jus-
tice, Civil Rights Div., Washington, D.
C., H. M. Ray, U. S. Atty., Oxford, Miss.,
for intervenor.

ON PETITION FOR REHEARING
AND PETITION FOR REHEAR-
ING EN BANC

(Opinion December 5, 1973, 5 Cir., 1974,
489 F.2d 298).

Before BROWN, Chief Judge, and
WISDOM, GEWIN, BELL, THORN-
BERRY, COLEMAN, GOLDBERG,
AINSWORTH, GODBOLD, DYER,
SIMPSON, MORGAN, CLARK, RO-
NEY and GEE, Circuit Judges.

BY THE COURT:

A member of the Court in active serv-
ice having requested a poll on the appli-
cation for rehearing en banc and a ma-
jority of the judges in active service
having voted in favor of granting a re-
hearing en banc.

It is ordered that the cause shall be
reheard by the Court en banc with oral
argument on a date hereafter to be
fixed. The Clerk will specify a briefing
schedule for the filing of supplemental
briefs.